FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   FEB 1 7 2015   ★

BROOKLYN OFFICE

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

February 9, 2016

**By Certified Mail**

Thomas P. Kurland
Associate
(212) 336-2019
Direct Fax: (212) 336-2445
tkurland@pbwt.com

United States Marshals Service
Eastern District of New York
225 Cadman Plaza East, Suite G20
Brooklyn, NY 11201-1818

Re:   **Trisvan v. Tom Heyman, et. al., No. 1:16-cv-0084(MKB)(LB)**

To Whom It May Concern:

We represent defendants Tom Heyman, Alex Gorsky, and Juaquin Durato in the above-referenced action. Enclosed please find six (6) executed copies of the Acknowledgment of Receipt of Summons and Complaint in this action—two (2) copies for each defendant that we represent. We hereby submit these forms solely to acknowledge service and without prejudice to any defenses that our clients may subsequently assert, including without limitation lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

We will accept service at our office on behalf of Messers. Heyman, Gorsky, and Durato for all future pleadings, motions, and other papers related to this action. Do not hesitate to contact me if you have any questions.

Respectfully submitted,

Thomas P. Kurland

Enclosures