UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN TRISVAN,

                Plaintiff,

      -against-

TOM HEYMAN, *President of Johnson and Johnson Development Corporation*, ALEX GORSKY, *Chairman and CEO of Johnson and Johnson*, JOAQUIN DUARTO, *Chairman, Johnson and Johnson and Janssen Pharmaceuticals*, SIR PHILLIP HAMPTON, *Chairman of Glaxosmithkline*, ANDREW WITTY, *CEO of Glaxosmithkline*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:16-cv-00084-MKB-LB

**DEFENDANTS TOM HEYMAN, ALEX GORSKY, AND JOAQUIN DUATO'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this motion and the exhibits attached thereto, defendants Tom Heyman, Alex Gorsky, and Joaquin Duato will move this Court, before the Honorable Margo K. Brodie, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are due on April 25, 2016, and reply papers will be served on May 6, 2016, if opposition papers are served.

Dated: March 25, 2016

                Respectfully submitted,

                PATTERSON BELKNAP WEBB & TYLER LLP

                By: _____
                    John D. Winter
                    Thomas P. Kurland
                1133 Avenue of the Americas
                New York, New York 10036-6710
                Telephone: (212) 336-2000

                          Email:  jwinter@pbwt.com
                                   tkurland@pbwt.com

*Attorneys for Defendants*
*Tom Heyman, Alex Gorsky, and Joaquin Duato*

TO:    Mr. John Trisvan
        *Plaintiff Pro Se*
        378 Monroe Street
        Brooklyn, New York 11221

        Stephanie S. McGraw, Esq.
        SHOOK HARDY & BACON
        JP Morgan Chase Tower
        600 Travis Street, Suite 3400
        Houston, TX  77002
        Telephone:  (713) 272-8008

        *Counsel for Defendants*
        *Sir Phillip Hampton*
        *and Sir Andrew Witty*