```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHN TRISVAN,
                                                                    JUDGMENT

                            Plaintiff,                              16-CV-00084 (MKB)
    v.

TOM HEYMAN, President, Johnson and
Johnson Development Corporation,
JANSSEN PHARMACEUTICAL, INC.,
JANSSEN RESEARCH AND
DEVELOPMENT, LLC.,
                            Defendants.
---------------------------------------------------------------X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 31, 2020, granting the Defendants' motion to dismiss; and dismissing the Third Amended Complaint; it is

ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted; and that the Third Amended Complaint is dismissed.

Dated: Brooklyn, New York                              Douglas C. Palmer
       March 31, 2020                                  Clerk of Court

                                              By:    */s/Jalitza Poveda*
                                                       Deputy Clerk